STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. ROBERT J. ANDERSON, DEFENDANT-RESPONDENT.

Argued April 18, 1983—Decided May 6, 1983.

*Frank M. Gennaro,* Deputy Attorney General, argued the cause for appellant (*Irwin I. Kimmelman,* Attorney General of New Jersey, attorney).

*Sheri Woliver,* Assistant Deputy Public Defender, argued the cause for respondent (*Joseph H. Rodriguez,* Public Defender, attorney).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, reported at 186 *N.J.Super.* 174 (1982).

*For affirmance* —Chief Justice WILENTZ and Justices CLIFFORD, SCHREIBER, HANDLER, POLLOCK, O'HERN and GARIBALDI—7.

*For reversal* —None.